IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN MARIE BISCARDI,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | Civ. No. 19-921 |
| : | |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
|     **Defendant.** : | |

**O R D E R**

**AND NOW**, this 30th day of July, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 15), Defendant's Response (Doc. No. 16), and Plaintiff's Reply (Doc. No. 19), as well as the administrative record herein (Doc. No. 9), and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. No. 22), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 22) is **APPROVED** and **ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 15) is **GRANTED**; and

3. This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

                                                 **AND IT IS SO ORDERED.**

                                                 */s/ Paul S. Diamond*

                                                 _____

July 30, 2020                                                Paul S. Diamond, J.